IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01160-LTB

ADAM BONILLA,

        Applicant,

v.

[NO RESPONDENT NAMED],

        Respondent.

## JUDGMENT

        Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on May 30, 2014, it is hereby

        ORDERED that Judgment is entered in favor of Respondent and against

Applicant.

        DATED at Denver, Colorado, this 30th day of May, 2014.

                                FOR THE COURT,

                                JEFFREY P. COLWELL, Clerk


                                By: s/K Lyons
                                        Deputy Clerk